■ PEOPLE v JAMES ROBERTSON, Defendant.—Motion to extend time to take appeal denied. Memorandum: CPL 460.30 does not grant this court the authority to extend the time to appeal to the Court of Appeals. Only the Court of Appeals

may extend the time to take an appeal to that court (CPL 460.30 [1]). Present—Boomer, J. P., Green, Boehm, Fallon and Davis, JJ.